UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 11-01899 AB (RAO)　　　　Date: October 20, 2015
Title: Chung Kao v. California Department of Corrections and Rehabilitation, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**　　(In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On August 24, 2015, the Court issued an order dismissing Plaintiff Chung Kao's ("Plaintiff") Second Amended Complaint with leave to amend (the "ODLA"). Dkt. No. 144. Plaintiff was granted until September 24, 2015 to file a Third Amended Complaint. ODLA at 10-11. Plaintiff was warned that failure to timely file a Third Amended Complaint would result in a recommendation that this case be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure ("FRCP") 41(b). *Id*. As of the date of this order, Plaintiff has not filed a Third Amended Complaint.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **November 3, 2015,** why his case should not be dismissed due to his failure to prosecute. **Failure to timely comply with this Order *will* result in a recommendation that this case be dismissed. Plaintiff is further advised that if he no longer wishes to pursue this case, he may voluntarily dismiss it by filing a Notice of Dismissal in accordance with FRCP 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.**

　　**IT IS SO ORDERED.**

　　Attachment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　gr