UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 11-01899-AB (RAO) | Date: | December 21, 2015 |
| Title: | Chung Kao v. California Department of Corrections | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff (s): | Attorneys Present for Defendant(s): |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On November 2, 2015, the Court granted Plaintiff's Motion for Leave to File a Third Amended Complaint. (Dkt. No. 148.) Plaintiff was required to file a Third Amended Complaint by December 2, 2015. Plaintiff was previously warned that failure to timely file a Third Amended Complaint would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. (Dkt. No. 145.) Plaintiff has failed to file a Third Amended Complaint or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ordered to show cause within ten (10) days of the date of this Order why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a Third Amended Complaint, curing the deficiencies of the Second Amended Complaint, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is again warned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Attachment

:  
Initials of Preparer   gr