UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | ED CV 11-01899 AB (RAO) | Date: February 11, 2016 |
| Title: | Chung Kao v. California Department of Corrections and Rehabilitation, et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER RE FAILURE TO PROSECUTE**

On November 2, 2015, the Court granted Plaintiff Chung Kao ("Plaintiff") leave to file a Third Amended Complaint ("TAC") on or before December 2, 2015. (Dkt. No. 148.) Plaintiff did not timely file a TAC. Accordingly, on December 21, 2015, the Court ordered Plaintiff to show cause, in writing, on or before January 5, 2016, why this case should not be dismissed due to his failure to prosecute. (Dkt. No. 149.) Plaintiff did not respond to that order. The Court therefore issued a report and recommendation on January 19, 2016, recommending dismissal for failure to prosecute. (Dkt. No. 151.) Plaintiff had until on or before February 8, 2016, to file objections to the R&R. (Dkt. No. 150.) As of the date of this memorandum, Plaintiff has not filed objections. However, on February 5, 2016, the Court received notice that a payment had been forwarded to the Court from Plaintiff's account in accordance with 28 U.S.C. § 1915, for purposes of paying down the amount of the total filing fee of $350.00 still owed by Plaintiff.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff shall have until on or before **February 18, 2016**, to inform the Court whether he intends to proceed in this matter and file a TAC that cures the deficiencies of the Second Amended Complaint. **If Plaintiff does not respond by February 18, 2016, the Court's January 19, 2016, R&R will be forwarded to the District Judge assigned to this matter for consideration.**

IT IS SO ORDERED.

: 
Initials of Preparer    gr