UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 11-01899 AB (RAO) | Date: | March 30, 2016 |
| Title: | Chung Kao v. California Department of Corrections and Rehabilitation, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On August 24, 2015, the Court dismissed Plaintiff Chung Kao ("Plaintiff")'s Second Amended Complaint with leave to amend. (Dkt. No. 144.) The Court granted Plaintiff until on or before September 23, 2015, to file his Third Amended Complaint. (*See id*.) Plaintiff did not timely file his Third Amended Complaint. The Court therefore ordered Plaintiff, on October 20, 2015, to show cause why his action should not be dismissed for failure to prosecute. (Dkt. No. 145.) Plaintiff timely responded to the Court's order to show cause, and the Court extended his deadline to file his Third Amended Complaint to December 2, 2015. (Dkt. No. 148.) Plaintiff missed that deadline as well and was again ordered to show cause. (Dkt. No. 149.) Plaintiff did not respond, and therefore the Court issued a Report and Recommendation on January 19, 2016, recommending that Plaintiff's action be dismissed for failure to prosecute. (Dkt. No. 151.)

The Court granted Plaintiff until on or before February 8, 2016, to file objections to the R&R, and later extended that deadline, *sua sponte*, to February 18, 2016. (Dkt. Nos. 150, 152.) On February 16, 2016, Plaintiff filed objections to the R&R and asked the Court to extend his deadline to file his Third Amended Complaint to "no later than February 29, 2016[.]" (Dkt. Nos. 153-54.) In response, the Court withdrew its R&R and moved Plaintiff's deadline to file his Third Amended Complaint to the date he selected, February 29, 2016. (Dkt. No. 155.) As of the date of this Order, however, Plaintiff has not filed his Third Amended Complaint.

IT IS THEREFORE ORDERED that Plaintiff must show cause, in writing, on or before **April 13, 2016**, why this action should not be dismissed due to his failure to diligently prosecute or to comply with Court orders. Plaintiff may discharge his obligation to show cause by filing his Third Amended Complaint by the foregoing deadline. *No further extensions of time will be*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 11-01899 AB (RAO)                                    Date:  March 30, 2016
Title:     Chung Kao v. California Department of Corrections and Rehabilitation, et al.

*granted absent extraordinary circumstances*.  **Plaintiff is expressly cautioned that his failure to timely show cause or file his Third Amended Complaint will result in a recommendation that this action be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

                                                                                        :
                                                         Initials of Preparer        gr