UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHUNG KAO, | Case No. CV 11-01899-AB (RAO) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is dismissed without prejudice.

DATED: July 22, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE