UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG KAO, | Case No. CV 11-01899-AB (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: July 22, 2016  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE